# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SIBLEY, ET AL. | CIVIL ACTION |
| VERSUS | |
| | 20-781-SDD-EWD |
| UNKNOWN, ET AL. | |

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated January 15, 2021, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) due to Plaintiffs Brandon Albert Sibley and Candy Gabrielle Sibley's failure and refusal to comply with Court Orders to either pay the filing fee or to file Applications to Proceed in the District Court Without Prepaying Fees or Costs AO 239 (Long Form).

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 10.
[3] Rec. Doc. 16.

Certified Mail - Return Receipt Requested
7018 0360 0001 1615 7749

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this *Notice* and *Order* to Plaintiffs, by certified mail, return receipt requested, at their address of record on PACER.

Signed in Baton Rouge, Louisiana on <u>March 15, 2021</u>.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**